**Order entered July 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01442-CR

**ANTWAN DOUGLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-63774-K**

## ORDER

The Court **REINSTATES** this appeal.

On May 23, 2014, this Court ordered the trial court to make findings regarding why the reporter's record has not been filed. On July 23, 2014, the Court received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the May 23, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/ LANA MYERS
   JUSTICE